Dismissed and Memorandum Opinion filed September 8, 2005









Dismissed and Memorandum Opinion filed September 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-05-00884-CR;

         
14-05-00885-CR;

         
14-05-00886-CR;

         
14-05-00887-CR;

         
14-05-00888-CR;

         
14-05-00889-CR;

         
14-05-00890-CR;

         
14-05-00891-CR;

         
14-05-00892-CR;

         
14-05-00893-CR;

        
14-05-00894-CR;

        
14-05-00895-CR;

       
14-05-00896-CR

____________

 

LAWRENCE
EDWARD THOMPSON, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
248th District Court

Harris County, Texas

Trial Court Cause Nos. 1036822; 1036823; 1036821;
1036824; 1036825; 1036826; 1036827; 1036828; 1036829; 1036830; 1036831;
1036832; 1036833

 



 

M E M O R A N D U M   O P I N I O N








In each of these causes, the trial court held appellant in
direct contempt and on August 10, 2005, signed judgments of contempt and
commitment orders.  Appellant filed pro
se notices of appeal on August 16, 2005.

Contempt judgments are not appealable. In re Long, 984
S.W.2d 623, 625 (Tex. 1999); Wead v. State, 94 S.W.3d 131, 139 (Tex.
App.BCorpus Christi 2002), rev=d on other grounds, 129 S.W.3d 126 (Tex. Crim. App.
2004).  Thus, we have no
jurisdiction to entertain these appeals. 

Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 8, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore. 

Do Not Publish C Tex. R. App. P. 47.2(b).